**Order filed June 14, 2012.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-12-00540-CR

———————

## EX PARTE ROBYN M. REED

**On Appeal from the 338th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1164028-A**

## O R D E R

The clerk's record in this appeal was filed June 11, 2012.

Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain (1) the order denying Reed's application for writ of habeas corpus, signed May 10, 2012; or (2) the findings of fact and conclusions of law rendered by the trial court on May 17, 2012.

The Harris County District Clerk is directed to file a supplemental clerk's record within ten (10) days containing: (1) the order denying Reed's application for writ of habeas corpus, signed May 10, 2012; and (2) the findings of fact and conclusions of law rendered by the trial court on May 17, 2012.

If the omitted items are not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted items are not a part of the case file.


PER CURIAM